FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LE SURE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; MICHEL MOORE and DOE ONE through and including DOE FIFTY,<br><br>Defendants. | Case No.: CV19-03803-SVW-(AFMx)<br>Hon. Stephen V. Wilson, Ctrm 10A, 10th Fl.<br>Hon. Mag. Alexander F. MacKinnon, Ctrm 780, 7th Fl.<br><br>[PROPOSED] ORDER TO REMAND TO THE SUPERIOR COURT |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED in the above-captioned action against Defendant CITY OF LOS ANGELES and MICHEL MOORE:

1. Plaintiff represents that his Complaint ("Complaint") does not reflect any federal cause of action; and

///
///
///

1

2. Pursuant to 28 U.S.C. §1367, the state-law claims as currently pled in the Complaint (assault, battery, negligence, negligent hiring, Bane Act, Ralph Act and Injunctive Relief) are remanded to the Los Angeles Superior Court.

IT IS SO ORDERED:

Dated: May 23, 2019

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE